■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD MCNEIL, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, sentencing him to a maximum of ten years and a minimum of four years and sending him to the Elmira Reception Center for classification and confinement pursuant to article 3-A of the Correction Law, and from the sentence imposed. The sentence was rendered after the defendant pleaded guilty to the crime of burglary in the third degree. The appeal is on the ground that the sentence was severe and excessive. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence which has been reviewed on the appeal from the judgment. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY JOSEPH RAMISTELLA, Appellant.— Defendant Ramistella appeals from a judgment of the County Court, Queens County, convicting him of the crime of grand larceny in the first degree, rendered upon a verdict of a jury, and from orders respectively denying motions for a new trial and in arrest of judgment. Judgment unanimously affirmed. No opinion. No separate appeal lies from an order denying a motion for a new trial or from an order denying a motion in arrest of judgment, which have been reviewed on the appeal from the judgment. (Code Crim. Pro., § 517.) Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH RAYMOND TURNER, Also Known as RALPH R. VECCHIO, Appellant.— Judgment of the County Court of Nassau County, entered upon the defendant's plea of guilty, convicting him of the crime of abandoning a child under the age of sixteen years, a felony (Penal Law, § 480), and of the crime of failing to make payments toward the maintenance of a minor as required by order of Children's Court of Nassau County, a misdemeanor (Penal Law, § 482, subd. 1), unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR WILSON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of subdivision 2 of section 2092 of the Penal Law (unlawful assembly) reversed on the law and the facts and information dismissed. In our opinion, the evidence was insufficient to establish appellant's guilt beyond a reasonable doubt. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WILKINS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of a violation of subdivision 2